IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| JESUS JAEN FILIPPI, et al. | * | |
| | * | |
| Plaintiffs | * | Civil No. 98-2118(SEC) |
| | * | |
| v. | * | |
| | * | |
| THE RITZ CARLTON HOTEL | * | |
| COMPANY OF P.R., INC., et al. | * | |
| | * | |
| Defendants | * | |

**ORDER**

This case is before the Court on a second Fed. R. Civ. P. 37 motion filed by plaintiffs.[1] (**Docket # 26**). Plaintiffs again seek an order to compel co-defendant The Ritz Carlton to provide discovery. It appearing that plaintiffs have made a good faith, albeit unsuccessful, effort to secure the requested information without court action, their motion to compel (**Docket # 26**) is hereby **GRANTED**. The Ritz Carlton shall provide plaintiffs with the requested discovery by **January 4, 2000**. Failure to comply with this order may result in the imposition of sanctions pursuant to Fed. R. Civ. P. 37(b).

In addition, we note that in his "Case Management and Settlement Conference Report" (**Docket # 22**), Magistrate Judge Castellanos gave The Ritz Carlton ten days to inform whether or not it would be willing to consent to have this case tried before a Magistrate Judge. Up to this date, co-defendant has not informed its decision. Therefore, the Court hereby **ORDERS** The Ritz Carlton to inform within **five (5) days** of the entry date of this order whether or not it would be amenable to

---

[1] On August 11, 1999, plaintiffs came before this Court seeking an order to compel co-defendant The Ritz Carlton to answer a first set of interrogatories. (**Docket # 21**). The Court granted this request. (**Docket # 23**).

AO 72A
(Rev. 8/82)

**Civil No. 98-2118(SEC)**  2

proceed before a Magistrate Judge.

Finally, Magistrate Judge Castellanos also informed in his report that plaintiffs would send defendants a written settlement offer for their consideration. Accordingly, the parties are hereby **ORDERED** to inform the Court within **ten (10) days** of the entry date of this order about the outcome of settlement negotiations.

**SO ORDERED.**

In San Juan, Puerto Rico, this 22 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)