UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                DATE: October 25, 2000

| | |
|---|---|
| JESUS JAEN, et al | |
| Plaintiffs | |
| vs. | CIVIL NO. 98-2118 (SEC) |
| THE RITZ CARLTON HOTEL, et al | |
| Defendants | |

By Order of the Court, **a Pretrial/Settlement Conference is hereby set for November 6, 2000 at 2:00 p.m.**

This proceeding will be held before Hon. Salvador E. Casellas.

_____
COURTROOM DEPUTY CLERK