UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**               DATE: November 1, 2000


| | |
|---|---|
| JESUS JAEN, et al | |
| Plaintiffs | |
| vs. | CIVIL NO. 98-2118 (SEC) |
| THE RITZ CARLTON HOTEL, et al | |
| Defendants | |

Upon counsel for defendant's request and by Order of the Court, **a Pretrial/Settlement Conference set for November 6, 2000 is continued sine die.**

COURTROOM DEPUTY CLERK

Notified by phone


