IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jesus Jaen Filippi, et al.
Plaintiff(s)

v.

The Ritz Carton Hotel Co. of P.R., Inc., et al.
Defendant(s)

Civil No. 98-2118 (SEC)

RECEIVED & FILED 01 APR -3 AM 6:41

## DESCRIPTION OF MOTION

DATE FILED: 3-2-01    DOCKET #: 40    TITLE: Motion Requesting Withdrawal of Attorney of Record.

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[✓] GRANTED    [ ] DENIED

[ ] NOTED    [ ] MOOT

## COMMENTS

_____
_____
_____
_____
_____
_____

30 III 01
DATE

SALVADOR E. CASELLAS
United States District Judge