IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JESUS JAEN FILIPPI, et al. | * |
| Plaintiffs | * Civil No. 98-2118(SEC) |
| v. | * |
| THE RITZ CARLTON HOTEL CO. OF P.R., et al. | * |
| Defendants | * |

## JUDGMENT

Upon the parties' "Settlement Stipulation" (**Docket # 41**), which terms are fully incorporated herein, this action is hereby **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30 day of March, 2001.

/SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)