IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jesus Jaen Filippi, et al.
Plaintiff(s)

Civil No. 98-2118 (SEC)

v.

The Ritz Carlton Hotel Co. of P.R., Inc., et al.
Defendant(s)

RECEIVED & FILED
01 APR -6 PM 7:02

### DESCRIPTION OF MOTION

DATE FILED: 3-27-01   DOCKET #: 42   TITLE: Motion to Strike

[ ] Plaintiff(s)     [ ] Third Party Defendant(s)

[✓] Defendant(s)     [ ] Joint

DISPOSITION:

[✓] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

### COMMENTS

The document entitled "Release of All Claims," which was inadvertently filed on March, 19, 2001, shall be STRICKEN from the record.

4-IV-01
DATE

SALVADOR E. CASELLAS
United States District Judge

